## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**Imoan Claiborne,**

    *Plaintiff,*

**v.**                                        **Case No. 8:20-cv-01019-WFJ-CPT**

**Legal Action Bureau, Inc.,**
**Julissa Santacruz, and**
**Real Turf Solutions, LLC**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT
## REAL TURF SOLUTIONS, LLC ONLY

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and defendant Real Turf Solutions, LLC, have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Real Turf Solutions, LLC from this case with prejudice.

Nothing herein affects Plaintiff's claims against remaining Defendants Legal Action Bureau, Inc., and Julissa Santacruz.

Respectfully submitted on July 6, 2020.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103
Seraph Legal, P. A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
(813) 321-2347
tbonan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. A true and correct copy of the foregoing was also served on Defendants as follows:

Real Turf Solutions, LLC,
c/o Bivins & Hemenway, P.A.
1060 Bloomingdale Avenue
Valrico, Florida 33596

Julissa Santacruz and Legal Action Bureau, Inc.,
c/o Blake Adams
blake@legalactionbureau.com
corporate@legalactionbureau.com
4417 13th St.,
Ste. #141,
Saint Cloud FL. 34769

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103