**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Imoan Claiborne,**

    *Plaintiff,*

v.                                            Case No. 8:20-cv-01019-WFJ-CPT

**Legal Action Bureau, Inc.,**
**Julissa Santacruz, and**
**Real Turf Solutions, LLC**

    *Defendants.*

_____/

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO REAL TURF SOLUTIONS, LLC ONLY

Plaintiff hereby provides notice that he voluntarily dismisses his claims with prejudice as to Defendant Real Turf Solutions, LLC, only. Both Plaintiff and Real Turf Solutions, LLC will bear their own fees and costs accordingly.

Nothing herein affects Plaintiff's claims against remaining Defendants Legal Action Bureau, Inc., and Julissa Santacruz.

Respectfully submitted on July 29, 2020.

                                              /s/Thomas M. Bonan
                                              Thomas M. Bonan
                                              Florida Bar Number: 118103
                                              Seraph Legal, P. A.
                                              2002 E. 5th Ave., Suite 104
                                              Tampa, FL 33605
                                              (813) 321-2347
                                              tbonan@seraphlegal.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. A true and correct copy of the foregoing was also served on Defendants as follows:

Real Turf Solutions, LLC,
c/o Bivins & Hemenway, P.A.
1060 Bloomingdale Avenue
Valrico, Florida 33596

Julissa Santacruz and Legal Action Bureau, Inc.,
c/o Blake Adams
blake@legalactionbureau.com
corporate@legalactionbureau.com
4417 13th St.,
Ste. #141,
Saint Cloud FL. 34769

            /s/Thomas M. Bonan
            Thomas M. Bonan
            Florida Bar Number: 118103