# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IMOAN CLAIBORNE,

    Plaintiff,

v.                                      Case No: 8:20-cv-1019-T-02CPT

LEGAL ACTION BUREAU, INC. and
JULISSA SANTACRUZ,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Doc. 18)** that the above-styled action has been settled as to all remaining Defendants. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on August 6, 2020.

                                        s/*William F. Jung*
                                        **WILLIAM F. JUNG**
                                        **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record